IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02282-NYW

KATHERINE CARPENTER,

    Plaintiff,

v.

TOWN OF JOHNSTOWN, COLORADO,

    Defendant.

---

**FINAL JUDGMENT**

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Order of Dismissal entered by the Honorable Nina Y. Wang, on March 2, 2016, incorporated herein by reference, it is

ORDERED that plaintiff's Complaint and this civil action are DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Town of Johnstown, Colorado, and against Plaintiff, Katherine Carpenter.  It is

FURTHER ORDERED that each party shall bear its own costs and fees associated with this action.

DATED at Denver, Colorado this   2nd   day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK



s/N. Marble
N. Marble,
 Deputy Clerk